UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-cv-12242<br><br>JUDGE ELAINE E. BUCKLO<br><br>MAGISTRATE JUDGE LAURA K. MCNALLY |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS**

Plaintiff, E.L.O. Corporation ("Plaintiff"), seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.* Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Gouthami V. Tufts*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd. Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
g.tufts@scip.law

***ATTORNEYS FOR PLAINTIFF***