

FILED

12/1/2025

E.C

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

E.L.O. CORPORATION )
)
)  **Case Number**: 1:25-cv-12242
Plaintiff )
)  **Judge:** Elaine E. Bucklo
v. )
KOBZIPANDA )  **Magistrate Judge:**
)
)
Defendant )

Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (11/30 Updated Version)

Revised Version - Formatting corrections (e.g., PDF readability, exhibit labeling) and supplementary evidence of ASIN deletion (12/01/2025). Updated and Replaces the version submitted on November 29, 2025.

**Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Updated Version)**

Civil Caption Form (Pro Se Header)

| Item | Content |
|---|---|
| Case Number | 1:25-cv-12242 |
| Case Caption | E.L.O. CORPORATION, Plaintiff, v. KOBZIPANDA, Defendant. |
| Document Title | Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Updated Version) |
| Filer Information | Kobzipanda (Pro Se Litigant)<br>Legal Representative: Mei Tian<br>Street Address: 501, Building B1, Fengde International, Chengdu/Sichuan/610000, P.R. China<br>Phone Number: +8615388206673<br>Email Address: kebizi001@163.com |
| Signature | S/ *Mei Tian* 田梅<br>(Legal Representative of Kobzipanda)　　　Date: December 1, 2025 |

**To:**

- Honorable Elaine E. Bucklo, United States District Court, Northern District of Illinois
- Ms. Maria G. Hernandez (Courtroom Deputy)
- Counsel for Plaintiff: Alison K. Carter (a.carter@scip.law)

**Case Information:**

- Case No.: 1:25-cv-12242
- Plaintiff: E.L.O. Corporation
- Defendant: Kobzipanda (Amazon Account: Kebzi; Store Name: Kobzipanda)
- Date: December 1, 2025

## I. Introduction

I am Kobzipanda, a small individual Amazon seller with only 2 team members (one full-time operator + one part-time logistics assistant). This case arises from Plaintiff's allegation that our product listing (ASIN: B0DKF9XL32) infringed on the "Thigh Master" trademark.

## Key Background & Remediation Actions

- **November 24, 2025**: Received Amazon's Temporary Restraining Order (TRO) notice (**Exhibit 1** Attachment), immediately removed all inventory of ASIN B0DKF9XL32, cleaned up infringing terminology, and sent the first settlement email to Plaintiff's counsel.

- **November 26–27, 2025**: Resent settlement proposals via a backup email (kebizi1@outlook.com) due to no response from Plaintiff, and initially attempted to submit opposition materials via email (later adjusted to official portal submission per Court notice).

- **November 29, 2025**: Submitted the **separately filed Pro Se Appearance Form** and initial Opposition via the Court's official Pro Se portal (https://www.ilnd.uscourts.gov/Pages.aspx?page=checklist_proSe) after receiving notice that email submissions are not accepted.

- **November 30, 2025**: Permanently deleted ASIN B0DKF9XL32 from Amazon's backend—Amazon's front-end page now shows "Currently unavailable" (**Exhibit 8** Attachment), with no possibility of re-listing, eliminating all infringement risks.

As a small Chinese seller with limited resources, we lack professional cross-border litigation and English communication support. We used basic auxiliary tools (e.g., grammar checkers) to prepare documents, but **all factual claims (e.g., order details, remediation timelines) are verified word-for-word against Amazon's backend data** (**Exhibit 4** Attachment, **Exhibit 9** Attachment) to ensure accuracy. For Pro Se compliance, we repeatedly referenced the Court's official checklist (https://www.ilnd.uscourts.gov/Pages.aspx?page=checklist_proSe) to align with formatting rules—any minor imperfections reflect resource constraints, not a lack of sincerity.

Notably, our ASIN B0DKF9XL32 had extremely low visibility and sales (**Exhibit 4** Attachment, **Exhibit 8** Attachment, **Exhibit 9** Attachment): since its launch in October 2024, it generated only 4 valid orders (total: USD 99.96, rounded to USD 100) and had a long-term Amazon Sales Rank of 270,361 (**Exhibit 8** Attachment)—proving no substantial impact on Plaintiff. We sent 3 settlement proposals (November 24, 26, 27) but received no response, while public records show Plaintiff applied for an "Extension of Time" on November 25 (U.S. Time) (**Exhibit 11** Attachment)—this contrast confirms our good faith and Plaintiff's unreasonable delay.

This Opposition requests the Court to deny Plaintiff's Preliminary Injunction and approve our "Unopposed Settlement + TRO Dissolution Motion" to resolve disputes efficiently.

## II. Key Facts & Supporting Evidence

### 1. Complete Remediation – No Remaining Infringement Risks

- **November 24, 2025**: Removed all inventory of ASIN B0DKF9XL32 from Amazon's U.S. backend; the inventory management page confirms zero stock (**Exhibit 2** Attachment), with no off-platform sales or residual inventory.

- **November 24, 2025**: Cleaned up all infringing terminology: deleted 4 instances of "Thigh Master" and its variations from the listing, replacing them with compliant terms like "Leg Trainer" (**Exhibit 3**: Amazon Listing Editing Screenshot, showing revised content and ASIN number Attachment).

- **November 30, 2025**: Permanently deleted ASIN B0DKF9XL32—Amazon's product page (https://www.amazon.com/dp/B0DKF9XL32) shows "Currently unavailable" (**Exhibit 8** Attachment), with no re-listing.

- **Commitment**: We will implement mandatory pre-listing trademark searches for all future products to avoid similar issues.

### 2. Extremely Minor Infringement Impact – No Irreparable Harm to Plaintiff

- **Minimal Sales & Low Visibility**:

  ◦ ASIN B0DKF9XL32 launched on October 21, 2024 (**Exhibit 4** Attachment), with only 6 order records (1 canceled, 5 attempted—1 failed due to payment issues, 4 valid) (**Exhibit 4**: Amazon Order Records Screenshot Attachment). Valid orders total USD 99.96 (4 orders × USD 24.99 each), with no bulk or commercial purchases—all bought by individual consumers (Jayv, John, Tevin, Shaheed) for personal use.

  ◦ Amazon's backend shows the product's Sales Rank was 270,361 in the "Sports & Outdoors" category (**Exhibit 4** Attachment), indicating extremely low visibility (Accumulated 53 Page Views Total and 42 Sessions Total). No competing marketplace offers existed (**Exhibit 4** Attachment), confirming minimal consumer reach.



- **Small Seller Context**:

  ◦ Our Amazon U.S. store's 2025 total sales are USD 15,371.56 (**Exhibit 9**: Amazon Business Reports Screenshot Attachment). The USD 99.96 from ASIN B0DKF9XL32 accounts for only 0.65% of annual sales—too negligible to affect Plaintiff's market share or brand reputation.

- **No Harm Evidence**: Plaintiff has not submitted any proof of damages (e.g., declined sales, increased marketing costs, negative customer feedback linked to our product).

## 3. Frozen Funds Cause Severe Hardships for a Small Seller

- **Updated Frozen Amount**: As of November 30, 2025, our Amazon U.S. account has USD 2,204.27 frozen (**Exhibit 10**: Amazon Account Freeze Screenshot  Attachment). Critically, **none of this comes from ASIN B0DKF9XL32** (total sales: USD 99.96)—all frozen funds are from compliant home decoration sales.

- **Operational Crisis**: The frozen amount represents 14.3% of our 2025 annual sales and **most of our current operating capital** (used for procurement, U.S. logistics fees, and Amazon platform fees). Since the freeze, we cannot replenish inventory for compliant products (e.g., 54 active ASINs in home decoration) and face imminent store closure—this hardship is grossly disproportionate to the minor infringement.

## 4. Active Settlement Efforts – Plaintiff's Persistent Silence

We made repeated good-faith attempts to settle, but Plaintiff ignored all communications:

| Date (Beijing Time) | Action | Status (Exhibit 5: Email Screenshots + Tracking) |
|---|---|---|
| November 24, 12:31 | Sent proposal via kebizi001@163.com (to a.carter@scip.law, attorney@scip.law) | Delivered to Plaintiff's server; unread |
| November 26, 8:53 | Resent via kebizi1@outlook.com (to a.carter@scip.law) | Delivered; unread |
| November 27, 21:00 | Sent final proposal (deadline: Nov 28, 6:00 PM EST) | Delivered; no response by Nov 30 |

Our proposal (USD 400, ~4x the infringing sales) exceeds the statutory damages cap (3x actual damages) under 15 U.S.C. § 1117—demonstrating our willingness to compensate.

## 5. Plaintiff's Active Litigation vs. Passive Settlement Avoidance

- **Plaintiff's Litigation Actions**: Public case records show an "Extension of Time" was granted on November 25 (U.S. Time) (**Exhibit 11**: Case Progress Table  Attachment). This was presumably filed by Plaintiff (the initiating party), which previously submitted

multiple motions (e.g., Motion for TRO on October 8, per Amazon's TRO notice in **Exhibit 1** Attachment)—proving Plaintiff actively advances litigation.

- **Contrast**: Despite its litigation activity, Plaintiff ignored all settlement attempts. This confirms "unreasonable refusal to resolve disputes" rather than "failure to notice the case."

## 6. No Malicious Bulk Infringement

- **Single Account, U.S.-Only Sales**: We operate only one Amazon account (Kebzi) and sell exclusively on the U.S. site (**Exhibit 6**: Amazon Manage Accounts Screenshot). Other marketplaces (Mexico, Canada, Brazil Attachment) have no listings or sales—confirming no cross-market infringement.

- **No Other Infringing Products**: A search for "Thigh Master" in our U.S. backend "Manage All Inventory" shows "0 of 0" results (**Exhibit 7**: Inventory Search Screenshot Attachment). Our only error was an unintentional terminology mistake in one listing, not premeditated bulk infringement.

## III. Legal Arguments

## 1. Plaintiff Fails to Meet Preliminary Injunction Requirements (FRCP 65)

Pursuant to Federal Rule of Civil Procedure 65, a Preliminary Injunction requires four elements—none are satisfied:

- **No Irreparable Harm**: The USD 99.96 in infringing sales (0.65% of our annual sales) and low product visibility (Rank 270,361) caused no substantial harm. Plaintiff provided no evidence of brand damage or lost profits.

- **Balance of Hardships Favors Defendant**: A long-term Preliminary Injunction would force our small store (USD 15k annual sales) to close, while Plaintiff's rights are fully protected by our settlement proposal. This imbalance violates equitable principles.

- **Public Interest Opposes Injunction**: Judge Bucklo's standing orders prioritize avoiding unnecessary litigation (https://www.ilnd.uscourts.gov/judge_display.php?LastName=Bucklo). Settlement conserves judicial resources and supports small businesses—aligning with public interest.

## 2. Granting a Preliminary Injunction Is Inequitable & Unnecessary

- **No Intentional Wrongdoing**: Our error stemmed from limited compliance resources, not malice. We took immediate, complete remediation (inventory removal + ASIN deletion) to eliminate risks.

- **Remediation Eliminates Need for Injunction**: Federal courts deny Preliminary Injunctions when defendants fully address harm. Our zero-stock, cleaned listing, and ASIN deletion confirm no further infringement.

- **Plaintiff's Silence Undermines Its Case**: Plaintiff's refusal to engage in settlement (despite active litigation) shows bad faith. Granting an injunction would reward this delay and waste judicial resources.

### 3. "Unopposed Settlement + TRO Dissolution" Is the Most Efficient Resolution

- **Legal Basis**: Plaintiff had 3 business days to respond to our proposal (November 27–30) but remained silent—this constitutes "no opposition" under Judge Bucklo's preference for efficient dispute resolution.
- **Compliance with Court Rules**: Our submission follows all Pro Se requirements (Reference to Separately Filed Pro Se Appearance Form, Docket Entry TBD) and uses only verified Amazon backend data (no third-party unconfirmed documents)—ensuring evidence credibility.

## IV. Request to the Court

Based on the above, we respectfully request the Court to:

1. Deny Plaintiff's Motion for Preliminary Injunction;
2. Limit any relief to the U.S. site (consistent with our actual operation) to avoid undue harm.

**Respectfully Submitted**

Kobzipanda (Defendant)

Amazon Account: Kebzi

Phone Number: +8615388206673

Email Address: kebizi001@163.com

Alternative Email: kebizi1@outlook.com

**Legal Representative: Mei Tian**      S/ _Mei Tian 田梅_

**Date: December 1, 2025**

**List of Exhibits**

| Exhibit Number | Exhibit Content | Purpose | Page Number | Original/ Copy | Document location |
|---|---|---|---|---|---|
| **Exhibit 1** | Screenshot of Amazon's Official TRO Notice (November 24, 2025) | Confirm TRO basis, Plaintiff's identity, and case background | 9 | Copy | Page 2 Page 5 |
| **Exhibit 2** | Screenshot of Amazon U.S. Backend Inventory Page (ASIN B0DKF9XL32, zero stock) | Prove November 24 inventory removal | 10 | Copy | Page 3 |
| **Exhibit 3** | Screenshot of Amazon U.S. Backend Listing Editing Page (ASIN B0DKF9XL32, no "Thigh Master" terminology) | Prove infringing term cleanup | 11–16 | Copy | Page 3 |
| **Exhibit 4** | Screenshot of Amazon U.S. Backend Order Records (ASIN B0DKF9XL32: 4 valid orders, USD 99.96 total)Sales Rank 270361 | Prove minimal sales, individual consumer purchases | 17 | Copy | Page 2 Page 3 |
| **Exhibit 5** | Screenshots of settlement emails (163/Outlook) + delivery/tracking status | Prove 3 good-faith settlement attempts; Plaintiff's silence | 18 19 20 21 | Copy | Page 4 |
| **Exhibit 6** | Screenshots of Amazon Backend "Manage Accounts" + U.S.-Only Sales Confirmation | Disprove multi-account control; confirm U.S.-exclusive operation | 22 23 24 | Copy | Page 5 |
| **Exhibit 7** | Screenshot of Amazon U.S. Backend Inventory Search ("Thigh Master": 0 results) | Prove no bulk infringement; only one listing error | 25 | Copy | Page 5 |
| **Exhibit 8** | Screenshot of Amazon Product Page (https://www.amazon.com/dp/B0DKF9XL32: "Currently unavailable" ) | Prove November 30 ASIN deletion; low product visibility | 26 | Copy | Page 2 Page 3 |

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit 9** | Screenshot of Amazon U.S. Business Reports (2025 total sales: USD 15,371.56) | Prove small seller status; minimal share of sales from infringing product | 27 | Copy | Page 2<br>Page 3 |
| **Exhibit 10** | Updated Screenshot of Amazon U.S. Account Freeze (frozen amount: USD 2,204.27) | Prove severe operational hardship; frozen funds from compliant sales | 28 | Copy | Page 4 |
| **Exhibit 11** | Table of Plaintiff's "Extension of Time" (November 25, U.S. Time) | Prove Plaintiff's active litigation; contrast with settlement silence | 29 | Copy | Page 2<br>Page 4 |

**Exhibit 1: Screenshot of Amazon U.S. Official TRO Notice (sent to Defendant on November 24, 2025)**

[Return to Document Page 2  Page 5  Catalog]



**Exhibit 2: Screenshot of Amazon U.S. Backend Inventory Page (ASIN B0DKF9XL32, zero stock)**

[Return to Document Page 3  Catalog]





**Exhibit 3: Screenshot of Amazon U.S. Backend Listing Editing Page (ASIN B0DKF9XL32, no "Thigh Master" terminology)**

[Return to Document Page 3  Catalog]



Gym Use

Pelvic Floor Strengthener for Women & Men, Adjustable Thigh
Exerciser for Inner Thigh Hip Arm Leg Back Training, Thigh
Toner, Exercise Equipment for Home Gym Use

**\* Brand Name** ⓘ   Kobzipanda

Kobzipanda 🔒

**External Product ID** ⓘ   B0DKF9XL32        | ASIN        × ⌄ |   🔒

**\* Item Type Keyword** ⓘ   thigh-and-hip-strengtheners        [ Edit ]

thigh-and-hip-strengtheners

**Model Number** ⓘ   Example: RXZER23

**Model Name** ⓘ   JTSQ-Black-01

JTSQ-Black-01

**\* Manufacturer** ⓘ   Kobzipanda

Kobzipanda

**\* Product Description** ⓘ   Features<br /> ● Safe &amp; Non-toxic Material<br /> Made of premium PP, TPE
and thickened steel spring, without unpleasant smell, non-toxic, safe, sturdy, not
easy to age and deform. The non-slip pads in the baffles are made of TPE, which
are softer than traditional plastic materials, not easy to slip off during exercise,
and have good shock resistance.<br /> ● Rotary Baffles<br /> The baffles on both
sides are designed to available 360&deg; rotation, which will fit your legs better,
is convenient for you to exercise the muscles of various parts of your body.<br />
● Adjustable Strength<br /> With an adjustable spring tension design. You can
choose your own strength according to your needs, which is very important for
long-term exercise. Suitable for both men and women.<br /> ● Compact Storage
Size<br /> Designed in a compact storage size, easy to store, easy to assemble.
You can carry it with you and exercise anytime and anywhere.<br /> ● Wide
Range of Application<br /> Arm exercise<br /> Back exercise<br /> Leg
exercise<br /> Pelvic bottom exercise<br /> Hip exercise<br /> <br />
Specifications<br /> Product Name: Sports Shaping Leg Trainer<br /> Material:
PP, TPE, steel spring<br /> Color: Black+Red<br /> Size:
16.5~32.5&times;11&times;25.5cm<br /> Weight: 679g<br /> Package Includes:
&times;1, Instruction&times;1<br /> <br /> Note<br /> There may be some color
difference due to shooting technology, shooting environment or display screens.

Please refer to the actual product color.

Features<br />
● Safe &amp; Non-toxic Material<br />
Made of premium PP, TPE and thickened steel spring, without
unpleasant smell, non-toxic, safe, sturdy, not easy to age and
deform. The non-slip pads in the baffles are made of TPE,
which are softer than traditional plastic materials, not easy to
slip off during exercise, and have good shock resistance.<br />
● Rotary Baffles<br />
The baffles on both sides are designed to available 360&deg;
rotation, which will fit your legs better, is convenient for you to
exercise the muscles of various parts of your body.<br />
● Adjustable Strength<br />
With an adjustable spring tension design. You can choose your
own strength according to your needs, which is very important
for long-term exercise. Suitable for both men and women.<br
/>
● Compact Storage Size<br />
Designed in a compact storage size, easy to store, easy to
assemble. You can carry it with you and exercise anytime and
anywhere.<br />
● Wide Range of Application<br />
Arm exercise<br />
Back exercise<br />
Leg exercise<br />
Pelvic bottom exercise<br />
Hip exercise<br />
<br />
Specifications<br />
Product Name: Sports Shaping Leg Trainer<br />
Material: PP, TPE, steel spring<br />
Color: Black+Red<br />
Size: 16.5~32.5&times;11&times;25.5cm<br />
Weight: 679g<br />
Package Includes: &times;1, Instruction&times;1<br />

**\* Bullet Point** ⑦ 【Multi-functional Pelvic Floor Exerciser】 This kind of fitness equipment can be
used for not only pelvic floor training, but also other muscle exercise such as arm,
back, hip, leg etc. It is not only good for women's postpartum recovery or fitness
training, but also beneficial to men's leg muscle and physical condition
improvement.

【Multi-functional Pelvic Floor Exerciser】 This kind of fitness
equipment can be used for not only pelvic floor training, but
also other muscle exercise such as arm, back, hip, leg etc. It is
not only good for women's postpartum recovery or fitness

【Safe & Non-toxic Material】 Made of premium PP, TPE and
thickened steel spring, the thigh exerciser is non-toxic,safe,
sturdy, not easy to age and deform, having a long service life.

【Adjustable Resistance】 Our has an adjustable spring tension
design, so you can adjust resistance by rotating the rotary
button according to your need. Suitable for both men and
women who want to exercise their backs, hips, legs and arms,
shape a perfect curve, or improve bladder control and pelvic

【Humanized Design】 The baffles on both sides are designed
to available 360° rotation, which is convenient for you to use in
any orientation, so you can choose your favorite posture to
complete the muscle exercise you want. Besides, it is designed
in a compact storage size, easy to assemble and store. You can

【Perfect Gift】 Packaged in an elegant carton, this thigh
trainer is perfect as a gift for your loved one, family members,
friends or collegues. ※After-sales Service※ If for any reason you
are not completely satisfied with the purchase you have made,
please email us without hesitation. We will try our best to make

Add More | Remove Last

**Generic Keyword** ⑦ Example: Water sport shoes; Derek Rose; Electric; Wi-Fi; Banana

**\* Department Name** ⑦ unisex-adult
Unisex-Adult

| | |
|---|---|
| **Material** ⑦ | Acrylonitrile Butadiene Styrene (ABS) |
| | Acrylonitrile Butadiene Styrene (ABS) |
| | Add More |
| **Number of Items** ⑦ | Example: 5 |
| **Item Package Quantity** ⑦ | Example: 1 |
| **Display Type** ⑦ | Example: LED |
| **Color** ⑦ | Black |
| | Black |
| **Size** ⑦ | Example: Extra Large |
| **Part Number** ⑦ | Example: RIV001 |
| **Power Source** ⑦ | Example: Electric |
| **Handle Type** ⑦ | Example: Knob |
| | Add More |
| **Controls Type** ⑦ | Example: Full Panel |
| **Wattage** ⑦ | Example: 50 |
| **Operation Mode** ⑦ | Example: Inverse |

**Maximum Horsepower** ⑦

| | |
|---|---|
| **Maximum Horsepower** ⑦ | Example: 10 |
| **Maximum Horsepower Unit** ⑦ | Example: Horsepower,Kilowatts ▾ |
| **Maximum Incline Percentage** ⑦ | Example: 10 |
| **Product Site Launch Date** ⑦ | 2024-10-21T07:12:35.001Z |
| | 📅 MM/DD/YYYY |
| * **Included Components** ⑦ | Pelvic Floor Strengthener |
| | Pelvic Floor Strengthener |
| | Add More |
| **League Name** ⑦ | Example: NBA |
| **Team Name** ⑦ | Example: Seattle Seahawks |

**Minimum Speed** ⑦

| | |
|---|---|
| **Minimum Speed** ⑦ | Example: 400 |
| **Minimum Speed Unit** ⑦ | Example: rpm ▾ |

Maximum Speed ⊙

Maximum Speed ⊙

[Example: 400]

Maximum Speed Unit ⊙

[Example: rpm ▾]

Motor Horsepower ⊙

Motor Horsepower ⊙

[Example: 10]

Motor Horsepower Unit ⊙

[Example: Watts, HorsePower ▾]

Maximum Stride Length ⊙

Maximum Stride Length ⊙

[Example: 10]

Maximum Stride Length Unit ⊙

[Example: Inches ▾]

Maximum Weight Recommendation ⊙

Maximum Weight Recommendation ⊙

[Example: 20.0, 350.0]

Maximum Weight Recommendation Unit ⊙

[Example: Pounds, Kilograms ▾]

Number of Resistance Levels ⊙

[Example: 7]

Item Dimensions D x W x H ⊙

Item Depth Front to Back ⊙

[Example: 46]

Item Depth Unit ⊙

[Example: Inches, Centimeters ▾]

Item Height Base to Top ⊙

[Example: 46]

Item Height Unit ⊙

[Example: Inches, Centimeters ▾]

Item Width Shorter Edge ⊙

[Example: 25]

Item Width Unit ⊙

[Example: Inches, Centimeters ▾]

Government Contract Name and Number ⊙

Government Contract Name ⊙

[Example: NASA SEWP V]

Government Contract Number ⊙

[Example: 47QTCA19D000C]

Cancel    Save and finish

Help    Program Policies    English ⌄    Download the Amazon Seller mobile app

© 1999-2025, Amazon.com, Inc. or its affiliates

**Exhibit 4: Screenshot of Amazon U.S. Backend Order Records (ASIN B0DKF9XL32: 4 valid orders, USD 99.96 total)**

[Return to Document Page 2  Page 3  Catalog]



**Exhibit 5: Screenshots of settlement emails (163/Outlook) + delivery/tracking status**

**November 24, 12:31       Sent proposal via kebizi001@163.com (to a.carter@scip.law, attorney@scip.law)**

[Return to Document  Page 4   Catalog]



**Exhibit 5: Screenshot of Outlook sent folder, showing delivery status**

**November 26, 8:53  Resent via kebizi1@outlook.com (to a.carter@scip.law)**

[Return to Document Page 4 Catalog]



**Exhibit 5: Screenshots of settlement emails (163/Outlook) + delivery/tracking status**

**November 27, 21:00        Sent final proposal (deadline: Nov 28, 6:00 PM EST)**

[Return to Document  Page 4  Catalog]



**Exhibit 5: Search for the email address of Scip.law firm in the mailbox and there is no record of any correspondence as of November 30th**

[Return to Document Page 4 Catalog]





**Exhibit 6: Screenshots of Amazon Backend "Manage Accounts" + U.S.-Only Sales Confirmation**

[Return to Document Page 5  Catalog]





**[There are no products listed in Canada, Brazil, or Mexico]**

**[Return to Document Page 5 Catalog]**





**The account only enables sales on Amazon U.S. Marketplace; other marketplaces (Mexico/Canada/Brazil) are disabled for product listing**

[Return to Document Page 5   Catalog]



**Exhibit 7: Screenshot of Amazon U.S. Backend Inventory Search ("Thigh Master": 0 results)**

[Return to Document Page 5  Catalog]



**Exhibit 8: Screenshot of Amazon Product Page**

**(https://www.amazon.com/dp/B0DKF9XL32: "Currently unavailable")**

[Return to Document  Page 2  Page 3  Catalog]



**Exhibit 8: Prove November 30 ASIN deletion; low product visibility**



**Exhibit 9: Screenshot of Amazon U.S. Business Reports (2025 total sales: USD 15,371.56)**

[Return to Document Page 2  Page 3  Catalog]

**Exhibit 10：Updated Screenshot of Amazon U.S. Account Freeze (frozen amount: USD 2,204.27)**

[Return to Document Page 4 Catalog]

# Exhibit 11：Table of Plaintiff's "Extension of Time" (November 25, U.S. Time)

[Return to Document  Page 2  Page 4  Catalog]