UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 1:25-CV-12242<br><br>JUDGE ELAINE E. BUCKLO<br><br>MAGISTRATE JUDGE LAURA K. MCNALLY |

## EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 1 | wfcy | f17633625683@163.com |
| 2 | TINRIEF | r18025429504@163.com |
| 3 | JziNe | yiji_u145r@sohu.com |
| 4 | QPE-US | kyszyy@outlook.com |
| 5 | NPETtech | huoying@dgnpet.com |
| 6 | WTTBD (formerly NOVTYZTT-US) | tuyaozhongdegongsi@163.com |
| 7 | JOBOS US | taiguobentudian1@163.com |
| 8 | H-SMILE | lygaiqi@outlook.com |
| 9 | VVMCURVE | 360068585@qq.com |
| 10 | zhongshuaixiaodian999 | vvvbbbb0727-ss@outlook.com |
| 11 | LYCHEE LIMITED | us.lycheers@gmail.com |
| 12 | Rotekt | rotekt@sina.com; bourotekt@163.com |
| 13 | BFGUCTW | babyq1505@126.com |
| 14 | Lechay | lele78967@163.com |
| 15 | MOXIAOYAN-US | 1528129110@qq.com |
| 16 | CENMIFI | cenmifi@163.com |
| 17 | gewukongjian | wxxtt699@outlook.com |
| 18 | KAnduo | szfy_amazon@163.com |
| 19 | FurJoy | quan.mmo22@gmail.com |
| 20 | ZDfangrui | zdfangrui@outlook.com |
| 21 | Bamfive-a | bamflyus2019@126.com |
| 22 | STORY-TECH | story099@163.com |

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 23 | qingdoushangmao | qingdou9254@163.com |
| 24 | naashgia | hexiangmaoyi2021@163.com |
| 25 | HDD-US | huashanshan841zus@163.com |
| 26 | chunbing | chunbing910119@163.com |
| 27 | FERNBE Flagship Store | 17727434386@163.com |
| 28 | Focus on after-sales | 15138373524@163.com |
| 29 | zunshunkeji | 15010894413@163.com |
| 30 | FANSUIT | wangjianbo430@outlook.com |
| 31 | Silk Cove Toy | cbto59@163.com |
| 32 | Hoaime | ning5xuan@outlook.com |
| 33 | Boderi Store | amazondian1@163.com |
| 34 | YJsmgs-us | fyj20251996@163.com |
| 35 | Loisdaro | 448604158@qq.com |
| 36 | SexDollDesigner | renlinhan506322@163.com |
| 37 | Wooa | xiaotangtrade@163.com |
| 38 | Jellydog Toy | letsbuyshop@sohu.com |
| 39 | HONGTAIRUIXIANG | jiuyuesishi@outlook.com |
| 40 | xingliutingji | zhengzhouchengdai@163.com |
| 41 | JHYSHAN | 18057438864@163.com |
| 42 | GoGoDoll | xujitang477446@163.com |
| 43 | agricullytures | nongtechnology@126.com |
| 44 | JUNHANG | 19532276753@163.com |
| 45 | Lucky tribe | china.daxin@outlook.com |
| 46 | KLBBFDC | 136545481@qq.com |
| 47 | hersang | hersang2028@163.com |
| 48 | Brogtrol | ailtch@outlook.com |
| 49 | StyleHaven USA | 18306122597@163.com |
| 50 | kbudra | tingpuliuxiuyun@outlook.com |
| 51 | Alex Tmax - COFOF-US | cht383430016@outlook.com |
| 52 | JWANDZF | qd2022shangmao@163.com |
| 53 | xyzdreams | lindavs2009@hotmail.com |
| 54 | ELITE COSMOS | manthan.pvbusiness@gmail.com |
| 55 | KAEEVI | 18271498451@163.com |
| 56 | nashinashi (If you follow the seller, you must file a complaint and place a test order) / nashinashi(跟卖必投诉下测试单) | naaa2shi@outlook.com |
| 57 | Evocifu | 18788512017@139.com |
| 58 | Gwent | 18064686589@163.com |
| 59 | JSXing | 15013473162@163.com |
| 60 | huabogongmao | 188121868@qq.com |

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 61 | MERACH Direct | weilan_mrk@163.com |
| 62 | pinzhou | liuconglc2251@outlook.com |
| 63 | Moman_PhotoGears | vslord@163.com |
| 64 | eHUPOO Superstore | maruiusa18@hotmail.com |
| 65 | binrun | binrun55@outlook.com |
| 66 | jichuangshanghang | 15245460210@163.com |
| 67 | zhezhesheng | zheshengshangmaoss@outlook.com |
| 68 | gaishi999 | shigaiwangluokj@outlook.com |
| 69 | UyiCare Online | uyicare@outlook.com |
| 70 | OFEYA HOME STORE | leitengda2023@163.com |
| 71 | VigorSport | beechip_fortune@outlook.com |
| 72 | ai ya shop | 1351259268@qq.com |
| 73 | ruizhihu | 870591410@qq.com |
| 74 | VIBIYOYA | qdsjymy@163.com |
| 75 | unnibell | unijungle@163.com |
| 76 | lemu | 1294164126@qq.com |
| 77 | BEST RICH | bestrichus@hotmail.com |
| 78 | E-Xine | yt2752592021@163.com |
| 79 | BobooLi | bobooli@outlook.com |
| 80 | Gormation | m13510476374@163.com |
| 81 | Haoshikeji | haoshikej@163.com |
| 82 | ZKXPSM | gl1994114@163.com |
| 83 | Taimyer | gardeno@126.com |
| 84 | wuqianli | wuqianli888@163.com |
| 85 | NEIZHEN | lizhenneizhen@163.com |
| 86 | SYX HX | hongxia13997516613@outlook.com |
| 87 | Ninxixier-US | mangxiaowu999@outlook.com |
| 88 | GROOFOO | tigerloo@163.com |
| 89 | ViMall | jenniferwong2016@163.com |
| 90 | xinghongchuangxiang | 13155205150@163.com |
| 91 | Yimaoda-US | melalucky99@163.com |
| 92 | LinSF | roylin2046@163.com |
| 93 | JNATER Health Direct | 1590713389@qq.com |
| 94 | Lingxiao Shop | panlingyan230466@163.com |
| 95 | jinckmz | lawngreeny@outlook.com |
| 96 | Kobzipanda | kebizi001@163.com |
| 97 | Sun HongHong Store | shuohui666@outlook.com |
| 98 | Kaiyoukeji | kaiyoukeji@outlook.com |
| 99 | Seodon-store | kekaivyg922@163.com |
| 100 | MAE41X0E6P | yangzekun5698@163.com |

| No. | Defendant | Service Method |
|---|---|---|
| 101 | batterymon | yangcaiping123@hotmail.com |
| 102 | PETUPS | caomanjuan02@outlook.com |
| 103 | isntitwonderful | cin26153@163.com |
| 104 | Vathery start | vadianzishangwu8943@outlook.com |
| 105 | Cheng Asoo | kun1330382@163.com |
| 106 | Moonboat-Direct | xingchi3966@outlook.com |
| 107 | JY & YS | 329788376@qq.com |
| 108 | homipark | homi198@outlook.com |
| 109 | ShanXiRuiKeHe | zhoucongjieshuo@163.com |
| 110 | YichangYunyunWangluoYouxianGongsi | ycyuncloudyunyy@outlook.com |
| 111 | Lucky-E | c-lightingstore@hotmail.com |
| 112 | XMD Co., Ltd. | 3467224958@qq.com |
| 113 | BGGV US Fire | dftrade2024@outlook.com |
| 114 | MZIUS | mz441521_us@163.com |
| 115 | Yao Manting / 耀满庭 | b15548213875@163.com |
| 116 | Maytopia | maytopia@163.com |
| 117 | HENGDASHANSHUICHENG | luolihaoai@outlook.com |
| 118 | dongxianing (test order required for following sales) / dongxianing(跟卖必下测试单) | dongx09@outlook.com |
| 119 | JWHOO Health Direct | 2145005561@qq.com |
| 120 | DECSEVTT-US | liujunjgsss@163.com |
| 121 | wangsuzhd | xinxishama@126.com |
| 122 | ChenShengSHOP | hr1776@163.com |
| 123 | Tang KuiTrading | tangkuistore@126.com |
| 124 | Blissing Island | blissingisland@gmail.com |
| 125 | shenyiping | gwse59@sina.com |
| 126 | han hu | goodluck2024us@163.com |
| 127 | The Utility Place | eavayu@hotmail.com |
| 128 | Home Harmony | jggandymx@163.com |
| 129 | sen miao shang mao | denghui26548@outlook.com |
| 130 | HuaYubai | dephic954@outlook.com |
| 131 | Pipiman must file a complaint and place a test order if you follow the seller / Pipiman 跟卖必投诉 下测试单 | quansha123@outlook.com |
| 132 | UHFaFi-USA | yhhangfafa@outlook.com |
| 133 | IZIVE Mall | zhaoqiansunli00003@163.com |
| 134 | anshunkai | 253329502@qq.com |
| 135 | FYK-US | fuyankang@yeah.net |
| 136 | Miss Zhao's store | zc19900707@126.com |
| 137 | bfdubin | dubindubinsd@outlook.com |
| 138 | Mayung | tong_yanjuan@126.com |

| No. | Defendant | Service Method |
|---|---|---|
| 139 | ALOLNLU | alolnlu@163.com |
| 140 | HansToo | amzhengtu@outlook.com |
| 141 | demingzi | kuinashangmao@163.com |
| 142 | BaiCER | baicongming@outlook.com |
| 143 | Liao Xingke's toy store | qt32yxyp6uej@hotmail.com |
| 144 | Vruping | vrupin2312@163.com |
| 145 | ZONRIBIN | zonribin@163.com |
| 146 | AMGlobal | loveblackfriday@126.com |
| 147 | INMY | 2330846752@qq.com |
| 148 | SHUANGH (Delivery 7 - 10 Days) | zhihualingshi@aliyun.com |
| 149 | HGAUCAI | hp1109607793@163.com |
| 150 | Hiyoga-US | 121217533@qq.com |
| 151 | HuaTie | 17727268247@163.com |
| 152 | enshishiwengdengjiadianyouxiangongsi | wendeng1700@163.com |
| 153 | QIUTONGG | 503531670@qq.com |
| 154 | raozhang (formerly raozhang(Fast Delivery 7-15 Days)) | raozhang123@outlook.com |
| 155 | hhtong | ryanz916@outlook.com |
| 156 | Wuyenne | 15256514740@163.com |
| 157 | jinjindeddddddd | haitangguanshan@outlook.com |
| 158 | QPE Official | hqianxin@outlook.com |
| 159 | Aggice | icerain_wen@163.com |
| 160 | BrightLighs-US | kyy1363253@126.com |
| 161 | LANDYPHO Direct | 971503223@qq.com |
| 162 | Husyop | amhusyop@outlook.com |
| 163 | Fosegei | 13048985010@139.com |
| 164 | nishisheiaaaa | zhenmei99@outlook.com |
| 165 | Linxinto | linxintong77@126.com |
| 166 | kang us | 13411331646@163.com |
| 167 | Kailian SCM | klsupplychain@keenmark.com.cn |
| 168 | Heaobeao | hgbo_777@163.com |
| 169 | JiuJiXing | meizhoujiujixingkeji@outlook.com |
| 170 | Juju Maison | jujumaison18@gmail.com |
| 171 | JOYFIYU | joyfiyu@163.com |
| 172 | MLITMALL | mlt20231023@163.com |
| 173 | TPE Doll USA | dl1en0@163.com |
| 174 | Lagwry | mansfzhuo@outlook.com |
| 175 | Ehnoge | ransf2er@outlook.com |
| 176 | Cherish XT | lilamei0409-business@hotmail.com |
| 177 | lady sexdoll | w92ffv@163.com |
| 178 | Dog Water Fountain Official Store (formerly ZIQIDONGLAII) | mujinshanye@outlook.com |

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 179 | jukunjukun ⭐⭐⭐⭐⭐ | gaotushangmao@outlook.com |
| 180 | QTFYQD | qtfyqd@126.com |
| 181 | MOTONGJIANGSHI | twodollar11@outlook.com |
| 182 | NNYLAIYING | aiyingkeji@outlook.com |
| 183 | FISHHSIF | abc1107123068@163.com |
| 184 | LIJIANMAOYI | xujianshangmao@outlook.com |
| 185 | Shunlong US | 114825863@qq.com |
| 186 | Malataqin | mlq231011@outlook.com |
| 187 | hengguiwojia | zengdejinheng@163.com |
| 188 | Abnaok | juyuan.e-commerce@outlook.com |
| 189 | Hye Soonil | yujiaotumsr@163.com |
| 190 | HNJLMM | liuwei52581@outlook.com |
| 191 | zhongsshuan | zhongshuanwlkeji@outlook.com |
| 192 | ANYSENT | huangkebing67x@outlook.com |
| 193 | TL Energy | tlenergy@outlook.com |
| 194 | Elitedge | 15254128379@163.com |
| 195 | Michael Caro | yq383430016@outlook.com |
| 196 | QSNSILK | nbzsjerry@outlook.com |
| 197 | Mapilla | fange200109@outlook.com |
| 198 | Quan Jing / 权璟 | yuqiangw88@gmail.com |
| 199 | Mokoala | ykxulinsu@outlook.com |
| 200 | US Buy | uroutlet@sina.com |
| 201 | Koujut | gu6hans@outlook.com |
| 202 | Inspack | 1958233599@qq.com |
| 203 | Jiaolou Store (formerly angang store) | lag19910310@outlook.com |
| 204 | chongchongfei | chongfeiyan1322@outlook.com |
| 205 | ZhaoHuiSHOP | ns8980@163.com |
| 206 | SigridZ-US | zhuyuan2552@163.com |
| 207 | caipingdedianpu | 14737283986@163.com |