# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION, | CASE NO.: 1:25-CV-12242 |
| Plaintiff, | |
| v. | JUDGE ELAINE E. BUCKLO |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE LAURA K. MCNALLY |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) kbudra, and pinzhou (identified on line 50, and 62 of the Schedule A to the Complaint).

Dated: January 9, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***