UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-12242 <br><br> JUDGE ELAINE E. BUCKLO <br><br> MAGISTRATE JUDGE LAURA K. MCNALLY |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) Abnaok, Cherish XT, Gwent, Loisdaro, NEIZHEN, and sen miao shang mao (identified on line 188, 176, 58, 35, 85, and 129 of the Schedule A to the Complaint).

Dated: January 15, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: g.tufts@scip.law

***ATTORNEYS FOR PLAINTIFF***