UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-12242 <br><br> JUDGE ELAINE E. BUCKLO <br><br> MAGISTRATE JUDGE LAURA K. MCNALLY |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) FANSUIT, Hoaime, nashinashi (If you follow the seller, you must file a complaint and place a test order) / nashinashi(跟卖必投诉下测试单), binrun, PETUPS, Moonboat-Direct, dongxianing (test order required for following sales) / dongxianing(跟卖必下测试单), Pipiman must file a complaint and place a test order if you follow the seller / Pipiman 跟卖必投诉 下测试单, Lagwry, Ehnoge, ANYSENT, and Koujut (identified on line 30, 32, 56, 65, 102, 106, 118, 131, 174, 175, 192, and 201 of the Schedule A to the Complaint).

| | |
|---|---|
| Dated: January 20, 2026 | Respectfully submitted, <br><br> */s/ Alison K. Carter* <br> Alison K. Carter <br> Ann Marie Sullivan <br> Gouthami V. Tufts <br><br> **SULLIVAN & CARTER, LLP** <br> 111 W. Jackson Blvd, Ste 1700 <br> Chicago, Illinois 60604 <br> Telephone: 929-724-7529 <br> E-mail: a.carter@scip.law <br><br> ***ATTORNEYS FOR PLAINTIFF*** |