UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. Corporation, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships Identified on Schedule A, <br><br> Defendants. | Case No.: 1:25-cv-12242 <br><br> Judge Elaine E. Bucklo <br><br> Magistrate Judge Laura K. McNally |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) BobooLi, BrightLighs-US, and wangsuzhd (identified on line 79, 160, and 121 of the Schedule A to the Complaint).

Dated: January 23, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**Sullivan & Carter, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***