**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-CV-12242<br><br>JUDGE ELAINE E. BUCKLO<br><br>MAGISTRATE JUDGE LAURA K. MCNALLY |

### <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant MERACH Direct (identified on line 61 of the Schedule A to the Complaint).


Dated: March 13, 2026        Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***